# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA STORAGE HOLDINGS, LLC

VERSUS

APHELION HOLDINGS MANAGEMENT, LLC, OMNI STORAGE HOLDINGS, LLC, OMNI STORAGE IX, LLC, CASSANDRA YEMELOS, IRENE YEMELOS LALLA AND JOHN C. YEMELOS

NO.   2026 CW 0587

**JULY 31, 2026**

---

In Re:    Robert G. Jackson and Jackson Law, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 188774.

---

**BEFORE:    GREENE, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

                              **HG**
                              **BDE**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT